UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARED ALMAZAN | § § | |
| VS. | § § | 5:16-cv-00897-OLG |
| JOSE GUTIERREZ D/B/A TULLY'S TRANSPORT | § § § | JURY DEMANDED |

## VOLUNTARY DISMISSAL BY STIPULATION OF ALL CLAIMS AGAINST DEFENDANT

This stipulation is made by and between Plaintiff JARED ALMAZAN ("Plaintiff"), on the one hand, and defendant JOSE GUTIERREZ D/B/A TULLY'S TRANSPORT (the "Dismissal Defendant" and collectively with Plaintiff, the "Parties"), on the other hand, with reference to the following facts:

1. WHEREAS, the Plaintiff filed the above-captioned action (the "Action") against the Dismissal Defendant;

2. WHEREAS, the Action is not a class action or a derivative action;

3. WHEREAS, a receiver has not been appointed in the Action;

4. WHEREAS, the Action is not governed by any federal statute that requires a court order for dismissal of the case against the Defendant;

5. WHEREAS, Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims a those presented in the Action; and

6. WHEREAS, Plaintiff seeks to dismiss the Action with prejudice against the Dismissal Defendant.

7. WHEREAS, Plaintiff is concurrently filing a Notice of Voluntary Dismissal of Plaintiff's Original Complaint with Prejudice as to Dismissal Defendant.

NOW THEREFORE, the Parties, through their respective attorneys, hereby stipulate as follows:

1. The Action is dismissed with prejudice against the Dismissal Defendant.

2 This dismissal will result in dismissal of any and all claims by Plaintiff against the Dismissal Defendant in the Action.

3. This dismissal is with prejudice to refilling against the Dismissal Defendant.

               AW OFFICES OF THOMAS J. HENRY
               521 Starr Street
               Corpus Christi, Texas 78401
               (361) 985-0600 Telephone
               (361) 985-0601 Facsimile

               _____
               ANDREW D. POULIS
               State Bar No. 09484210
               apoulis@tjhlaw.com

               ATTORNEY FOR PLAINTIFF
               JARED ALMAZAN


               DAVID KLOSTERBOER & ASSOCIATES
               9601 McAllister Freeway, Suite 910
               San Antonio, Texas 78216
               (210) 525-2100 Telephone
               (855) 848-0737 Facsimile

               /s/ Christopher L. Rhodes
               CHRISTOPHER L. RHODES
               State Bar No. 16812750
               crhodes2@travelers.com

               ATTORNEY FOR DEFENDANT
               JOSE GUTIERREZ D/B/A
               TULLY'S TRANSPORT

## CERTIFICATE OF SERVICE

I certify that on **April 24**, 2017, a true and correct copy of Notice of Voluntary Dismissal was served according to the Federal Rules of Civil Procedure by ECF/ECM notice of electronic filing:

Christopher L. Rhodes
David Klosterboer & Associates
9601 McAllister Freeway, Suite 910
San Antonio, Texas 78216
(210) 525-2100 Telephone
(855) 848-0737 Facsimile
CRhodes2@travelers.com

**Via ECF/ECM notice of electronic filing**

*Attorney for Defendant*
*Jose Gutierrez d/b/a Tully's Transport*

_____
ANDREW D. POULIS

**VOLUNTARY DISMISSAL BY STIPULATION**
**OF ALL CLAIMS AGAINST DEFENDANT**